**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

DONNIKA D. HUDSON,

                *Plaintiff,*            **Case No. 10 CV 3287 (RJH)**

      -against-

ASSET PROTECTION & SECURITY SERVICES,    **PLAINTIFF'S**
MARC BALZERAK, and ANGELA ELLIS,        **PROPOSED**
                                        **VERDICT FORM**
                *Defendants.*
-------------------------------------------------------------X

      Plaintiff, Donnika D. Hudson, by and through her attorneys, The Harman Firm,

PC, hereby proposes the following questions for the jury verdict sheet.


**I. QUESTIONS REGARDING DISCRIMINATION**

      **A. Discrimination Based on Sexual Orientation Under the NYCHRL**

      <u>Question 1</u>: Has Plaintiff shown by a preponderance of evidence that Plaintiff is

in a protected class?

      Answer: _____ ["Yes" or "No"]

      <u>Question 2</u>: Has Plaintiff shown by a preponderance of the evidence that she was

qualified to hold her employment position?

      Answer: _____ ["Yes" or "No"]

      <u>Question 3</u>: Has Plaintiff shown by a preponderance of the evidence that she

suffered an adverse employment action?

      Answer: _____ ["Yes" or "No"]

Question 4: If you answered "Yes" to Question 3, has Plaintiff shown by a preponderance of the evidence that the adverse employment action Plaintiff suffered gives rise to an inference of unlawful discrimination?

Answer: _____ ["Yes" or "No"]

Question 5: Has Plaintiff shown by a preponderance of evidence that she was subjected to harassment in the workplace because of her sexual orientation?

Answer: _____ ["Yes" or "No"]

Question 6: Has Plaintiff shown by a preponderance of evidence that Plaintiff informed Defendants of the harassment based on sexual orientation?

Answer: _____ ["Yes" or "No"]

Question 7: Has Plaintiff shown by a preponderance of evidence that Plaintiff faced an adverse employment action because she complained about harassment based on sexual orientation?

Answer: _____ ["Yes" or "No"]

Question 8: Has Plaintiff shown by a preponderance of evidence that she was terminated from her position at least in part because of discrimination based on sexual orientation?

Answer: _____ ["Yes" or "No"]


**B. Gender Discrimination Under Title VII and NYCHRL**

Question 9: Has Plaintiff shown by a preponderance of evidence that Plaintiff is in a protected class – that she is a female?

Answer: _____ ["Yes" or "No"]

Question 10: Has Plaintiff shown by a preponderance of the evidence that she was qualified to hold her employment position?

Answer: _____ ["Yes" or "No"]

Question 11: Has Plaintiff shown by a preponderance of the evidence that she suffered an adverse employment action?

Answer: _____ ["Yes" or "No"]

Question 12: If you answered "Yes" to Question 3, has Plaintiff shown by a preponderance of the evidence that the adverse employment action Plaintiff suffered gives rise to an inference of unlawful discrimination?

Answer: _____ ["Yes" or "No"]

Question 13: Has Plaintiff shown by a preponderance of evidence that she was treated differently than other similarly situated male employees in the workplace because of her gender?

Answer: _____ ["Yes" or "No"]

Question 14: Has Plaintiff shown by a preponderance of evidence that Plaintiff informed Defendants of the disparate treatment based on gender?

Answer: _____ ["Yes" or "No"]

Question 15: Has Plaintiff shown by a preponderance of evidence that Plaintiff faced an adverse employment action because she complained about disparate treatment based on gender?

Answer: _____ ["Yes" or "No"]

Question 16: Has Plaintiff shown by a preponderance of evidence that she was terminated from her position at least in part because of gender discrimination?

Answer: _____ ["Yes" or "No"]

## II. QUESTIONS REGARDING THE HOSTILE WORK ENVIRONMENT

### A. Hostile Work Environment Under Title VII

Question 17: Has Plaintiff shown by a preponderance of evidence that Plaintiff's workplace was permeated with discrimination based on sexual orientation that was severe or pervasive enough to alter the conditions of her work environment?

Answer: _____ ["Yes" or "No"]

Question 18: Has Plaintiff shown by a preponderance of evidence that Plaintiff's workplace was permeated with gender discrimination that was severe or pervasive enough to alter the conditions of her work environment?

Answer: _____ ["Yes" or "No"]

### B. Hostile Work Environment Under the NYCHRL

Question 19: Has Plaintiff shown by a preponderance of evidence that Plaintiff has faced discrimination in the workplace based on her sexual orientation that altered the conditions of her work environment?

Answer: _____ ["Yes" or "No"]

Question 20: Has Plaintiff shown by a preponderance of evidence that Plaintiff has faced gender discrimination in the workplace that altered the conditions of her work environment?

Answer: _____ ["Yes" or "No"]

## III. QUESTIONS REGARDING RETALIATION

### A. Retaliation Under Title VII

Question 21: Has Plaintiff shown by a preponderance of evidence that Plaintiff told Defendants that she was being harassed due to her sexual orientation?

Answer: _____ ["Yes" or "No"]

Question 22: Has Plaintiff shown by a preponderance of evidence that Plaintiff told Defendants that she was being harassed due to her gender?

Answer: _____ ["Yes" or "No"]

Question 23:   Has Plaintiff shown by a preponderance of evidence that when Defendants learned of Plaintiff's complaints of harassment they took adverse actions against Plaintiff?

Answer: _____ ["Yes" or "No"]

Question 24:  Has Plaintiff shown by a preponderance of evidence that there is a causal connection between Plaintiff informing Defendants of the harassment in the workplace and the adverse actions taken against Plaintiff?

Answer: _____ ["Yes" or "No"]


### B. Retaliation Under NYCHRL

Question 25: Has Plaintiff shown by a preponderance of evidence that Plaintiff told Defendants that she was being harassed due to her sexual orientation?

Answer: _____ ["Yes" or "No"]

Question 26: Has Plaintiff shown by a preponderance of evidence that Plaintiff told Defendants that she was being harassed due to her gender?

Answer: _____ ["Yes" or "No"]

Question 27:  Has Plaintiff shown by a preponderance of evidence that when Defendants learned of Plaintiff's complaints of harassment they took adverse actions against Plaintiff?

Answer: _____ ["Yes" or "No"]

Question 28:  Has Plaintiff shown by a preponderance of evidence that there is a causal connection between Plaintiff informing Defendants of the harassment in the workplace and the adverse actions taken against Plaintiff?

Answer: _____ ["Yes" or "No"]

## IV. QUESTIONS REGARDING LIABILITY

### A. Discrimination

Question 29:  Has Plaintiff shown by a preponderance of evidence that the company Defendant should be responsible for the discriminatory actions of individual Defendant Angela Ellis?

Answer: _____ ["Yes" or "No"]

Question 30:  Has Plaintiff shown by a preponderance of evidence that the company Defendant should be responsible for the discriminatory actions of individual Defendant Marc Balcerzak?

Answer: _____ ["Yes" or "No"]

### B. Hostile Work Environment

Question 31:  Has Plaintiff shown by a preponderance of evidence that the company Defendant should be responsible for the hostile work environment created by individual Defendant Angela Ellis?

Answer: _____ ["Yes" or "No"]

Question 32:  Has Plaintiff shown by a preponderance of evidence that the company Defendant should be responsible for the hostile work environment created by individual Defendant Marc Balcerzak?

Answer: _____ ["Yes" or "No"]

**C. Retaliation**

Question 33:  Has Plaintiff shown by a preponderance of evidence that the company Defendant should be responsible for the retaliatory actions of individual Defendant Angela Ellis?

Answer: _____ ["Yes" or "No"]

Question 34:  Has Plaintiff shown by a preponderance of evidence that the company Defendant should be responsible for the retaliatory actions of individual Defendant Marc Balcerzak?

Answer: _____ ["Yes" or "No"]

Question 35:  Has Plaintiff shown by a preponderance of evidence that the company Defendant should be responsible for the illegal retaliatory termination of Plaintiff's employment?

Answer: _____ ["Yes" or "No"]


**V. QUESTIONS REGARDING DAMAGES**

    **A. Economic Damages**

Question 36: Has Plaintiff shown by a preponderance of evidence that Plaintiff suffered economic damages as a direct result of the illegal retaliatory termination of Plaintiff's employment?

Question 37: If your answer to Question 36 is "Yes," how much economic loss was suffered by Plaintiff because of the illegal retaliatory termination?

Answer: _____

**B. Non-Economic Damages**

Question 38: Has Plaintiff shown by a preponderance of evidence that Plaintiff suffered emotional injuries which arose from the discrimination she faced in the workplace?

Answer: _____ ["Yes" or "No"]

Question 39: If you answered, "Yes" to Question 38, how much should Plaintiff be awarded for her emotional injuries?

Answer: _____

Question 40: Has Plaintiff shown by a preponderance of evidence that Plaintiff suffered emotional injuries which arose from the hostile work environment she faced in the workplace?

Question 41: If you responded "Yes" to Question 40, how much economic loss was suffered by Plaintiff because of the hostile work environment?

Answer: _____

Question 42: Has Plaintiff shown by a preponderance of evidence that Plaintiff suffered emotional injuries which arose from the illegal retaliatory termination of her employment?

Answer: _____ ["Yes" or "No"]

Question 43: If you answered "Yes" to Question 42, how much should Plaintiff be awarded for her emotional injuries?

Answer: _____

**C. Punitive Damages**

Question 44: Has Plaintiff shown by a preponderance of evidence that Defendants acted intentionally towards her?

Answer: _____ ["Yes" or "No"]

Dated:    New York, New York
          June 8, 2012

                                        By:    _____/s/_____
                                               Walker G. Harman, Jr. [WH-8044]
                                               THE HARMAN FIRM, PC
                                               *Attorneys for Plaintiff*
                                               200 West 57th Street, Suite 900
                                               New York, NY 10019
                                               Tel: (212) 425-2600
                                               Fax: (212) 202-3926
                                               wharman@theharmanfirm.com

To:    Lawrence R. Bailey, Jr., Esq.
       ECKERT SEAMANS CHERIN & MELLOTT, LLC
       *Counsel for Defendant*
       10 Bank Street, Suite 1061
       White Plains, NY 10165-0150
       (914) 286-2805